**United States Bankruptcy Court**
Central District of California

In re: **Parkview Community Hospital Medical Center**
Debtor

Case No.
Chapter **11**

# List Of Creditors Holding 20 Largest Unsecured Claims

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or dept. of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Pacificare<br>Attention: Corporate Officer<br>P.O. Box 6006<br>Cypress, CA 90630-0006 | Attn: Corporate Officer<br>(714) 952-1121 | Trade debt | | $3,000,000.00 |
| Keenan & Associates<br>Attention: Corporate Officer<br>P.O. Box 4328<br>Torrance, CA 90510 | Attn: Corporate Officer<br>(310) 212-3344 | Insurance administrator | | 2,823,445.00 |
| Sodexho Marriott<br>Attention: Corporate Officer<br>3865 Jackson St.<br>Riverside, CA 92503 | Jon Heneke<br>(865) 980-4353 | Trade debt<br>Promissory note ($1,002,762.00)<br>Linens (205,816.00) | Contingent | 1,208,578.00 |
| Professional Hospital Supply<br>Attention: Corporate Officer<br>P.O. Box 51229<br>Los Angeles, CA 90051-5529 | Attn: Corporate Officer<br>(909) 296-2600 | Trade debt<br>Supplier | | 964,247.00 |
| Medpartners Provider Network<br>Attention: Corporate Officer<br>3000 Galleria Tower, #1000<br>Birmingham, AL 35244 | Attn: David Border<br>CFO and Secretary<br>(205) 733-0448<br>(205) 733-8596 | Trade debt<br>Services | | 600,000.00 |
| DVI Financial Service, Inc.<br>Attention: Corporate Officer<br>P.O. Box 952297<br>St Louis, MO 63195-2297 | Attn: Corporate Officer<br>(314) 418-1072 | Trade debt | Contingent | 372,935.00 |

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or dept. of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Readylink/Arlington Mgmt<br>Attention: Corporate Officer<br>44-489 Town Ctr. Way #419<br>Palm Desert, CA 92260 | Beverly<br>(760) 321-4734 | Trade debt | Contingent | 353,707.00 |
| Genesis Tech Partners<br>Attention: Corporate Officer<br>210 W. Arrow Hwy. Suite E<br>San Dimas, CA 91773-3360 | Attn: Corporate Officer<br>(800) 446-4268 | Biomedical services | | 348,699.00 |
| Orthopedic Source, Inc.<br>Attn: Corporate Officer<br>20501 Ventura Blvd. Suite 225<br>Woodland Hills, CA 91364 | Attn: Corporate Officer<br>(818) 704-6404 | Trade debt | Contingent | 280,198.00 |
| Westways Staffing Services, Inc<br>Attn: Corporate Officer<br>c/o Heritage Bank/P.O. Box 1089<br>San Jose, CA 95108-1089 | Attn: Corporate Officer<br>(714) 712-4150 | Temporary services | Contingent | 235,000.00 |
| Acute Dialysis Svcs/Attn Corp Ofcr<br>c/o Law Office Robert S. Amador<br>21250 Hawthorne Blvd.<br>Torrance, CA 90503 | Attn: Corporate Officer<br>(310) 792-7041 | Medical services | Contingent | 186,541.00 |
| Reliable Office Solutions Inc<br>Attn: Corporate Officer<br>3570 Fourteenth Street<br>Riverside, CA 92501 | Attn: Corporate Officer<br>(909) 352-5425 | Office supplies | | 179,567.00 |
| FPC Graphics<br>Attn: Corporate Officer<br>P. O. Box 192<br>Riverside, CA 92502 | Attn: Corporate Officer<br>(909) 686-0232 | Services | Contingent | 175,235.00 |

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or dept. of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Medquist<br>Attn Richard Kiley<br>5 Greentree Center Suite 311<br>Marlton, NJ 08053 | Attn: Richard Kiley<br>(856) 810-8000 | Services | | 155,303.00 |
| F.Y.I. Image<br>Attn: Corporate Officer<br>300 Prince George's Blvd.<br>Upper Marlboro, MD 20774 | Attn: Corporate Officer<br>(310) 763-7575 | Radiology supplies | | 140,901.00 |
| Boston Sci Corp<br>Attn: Corporate Officer<br>P O Box 512638<br>Los Angeles, CA 90051-0638 | Attn: Corporate Officer<br>(888) 272-9442 | Medical supplies | | 139,386.00 |
| Travel Nurse International<br>Attn: Corporate Officer<br>P.O. Box 1300<br>Suisun City, CA 94585-4300 | Attn: Corporate Officer<br>(800) 870-4829 | Nursing services | | 136,829.00 |
| Blood Bank Of San Bernardino<br>Attn: Corporate Officer<br>384 Orange Show Rd/PO Box 5729<br>San Bernardino, CA 92412-5729 | Attn: Corporate Officer<br>(909) 386-6803 | Blood supplies | | 122,215.00 |
| Guidant Sales Corp/CPI<br>Attn: Corporate Officer<br>P.O. Box 101961<br>Atlanta, GA 30392 | Attn: Corporate Officer<br>(909) 225-8029 | Supplier | | 109,715.00 |
| Comp Spec<br>Attn: Corporate Officer<br>425 E. Colorado St., #400<br>Glendale, CA 91205 | Attn: Corporate Officer<br>(818) 551-4200 | Services | | 102,733.00 |

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or dept. of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Medtronic<br>Attn: Corporate Officer<br>P.O. Box 951193<br>Dallas, TX 75395 | Attn: Corporate Officer<br>(972) 444-8343 | Supplier | | 102,210.00 |

I, Norm Martin, President and Chief Executive Officer of Parkview Community Hospital Medical Center, named as debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: March 25, 2002

*Norm Martin*

**Norm Martin, President and Chief Executive Officer**

Form B2
6/90

## Form 2. DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

In re **Parkview Community Hospital Medical Center,**
          Debtor            Case No. _____
                                 Chapter ____11_____

I, **Norm Martin, President and Chief Financial Officer of Parkview Community Hospital Medical Center** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing ___List of Creditors Holding 20 Largest Unsecured Claims___ and that it is true and correct to the best of my information and and belief.

Date ___March 25, 2002___

                                   Signature _/s/ Norm Martin_
                                            Norm Martin
                                            President and Chief Executive Officer

341846                                                                                    B2